**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 12-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KRIS KATZENMEYER

    Defendant.

**PROTECTIVE ORDER**

**Blackburn, J.**

The matter is before me on the government's **Motion For Order Pursuant To 18 U.S.C. § 3509(d)** [#12][1] filed December 27, 2012. After reviewing the motion and the record, I find as follows:

THAT due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case;

THAT the Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

identity or other personal information of the minor victim;

THAT due to the nature of the case, the Court finds that there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors; and

THAT the Defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(d);

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Motion For Order Pursuant To 18 U.S.C. § 3509(d)** [#12] filed December 27, 2012, is granted;

2. That all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any and all pre-trial and post-trial proceedings in this case, refer to any minors involved by a pseudonym as "Minor #1" or "A.Z" for each such minor;

3. That all documents that disclose the name or any other information concerning a child or minor shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i);

4. That all documents that disclose the name or any other information concerning a child or minor or the information in them that concerns a child or minor shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

5. That all papers to be filed in court that disclose the name or other

information concerning a child or minor shall be filed under seal without necessity of obtaining court order, and the person who makes the filing shall submit to the clerk of the court, pursuant to and in compliance with 18 U.S.C. § 3509(d)(2):

      a.    the complete paper to be kept under seal; and

      b.    the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be place on the public record; and

6.  That counsel for the government and counsel for the defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

Dated January 3, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge